IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR. NO. 99cr20079-2-D |
| | * | |
| FRED JETER, JR. | * | |

ORDER HOLDING DEFENDANT FOR FINAL REVOCATION HEARING

On July 6, 2005, **Fred Jeter, Jr.** appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter. The defendant had previously been advised of his rights under Fed.R.Crim.P. 5 and 32.1(a), and counsel was appointed.

Accordingly, defendant **Fred Jeter, Jr.** is held to a final revocation hearing before United States District Judge ***Bernice B. Donald.*** It is presumed that the District Judge will set this matter for a revocation hearing pursuant to Fed.R.Crim.P. 32.1(b),(c) and will see that appropriate notices are given.

The defendant is hereby remanded to the custody of the United States Marshals.

IT IS SO ORDERED this 7th day of July, 2005.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 403 in case 2:99-CR-20079 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Honorable Bernice Donald
US DISTRICT COURT