IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 17 AM 10: 23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 2:99cr20079-D |
| FRED JETER, JR., | * | |
| Defendant. | * | |

## ORDER GRANTING MOTION TO CONTINUE SUPERVISED RELEASE HEARING

Before this court is defendant's motion to continue supervised release hearing, filed August 16, 2005. For good cause shown and with agreement from the government, the motion is **GRANTED**. It will be reset by separate notice of the Court.

It is so **ORDERED** this __16__ day of August 2005.

JUDGE BERNICE DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __8-18-05__

(411)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 411 in case 2:99-CR-20079 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT