# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 OCT 27 PM 3:24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:99CR20079-02-D

FRED JETER, JR.
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

    The defendant, Fred Jeter, Jr., was represented by Pamela B. Hamrin, Esq.

    It appearing that the defendant, who was convicted on March 31, 2000, in the above styled cause and was placed on Supervised Release for a period of four (4) years and has violated the terms of Supervised Release.

    It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Twenty-Four (24) months**.

    Furthermore, no additional supervised release shall be imposed.

    The defendant is remanded to the custody of the United States Marshal.

    Signed this the 27th day of October, 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 04/30/1966
U.S. Marshal No.: 16981-076
Defendant's Mailing Address: 2882 Mendenhall, Memphis, TN 38115

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 416 in case 2:99-CR-20079 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT